1

2

3

4

5

**UNITED STATES DISTRICT COURT**

6

**DISTRICT OF NEVADA**

7

8
RELIEF GOLD GROUP, INC.,       )      3:12-cv-00511-HDM-WGC

9
            Plaintiff,    )

10
vs.                        )      ORDER

11
PERSHING GOLD CORPORATION, f/k/a )

12
SAGEBRUSH GOLD LTD., GOLD     )
ACQUISITION CORP., BARRY C.   )

13
HONIG, and DAVID S. RECTOR,   )

14
            Defendants.  )
_____)

15
    The defendants' motion to exceed page limits (#68) is **DENIED.**

16
Defendants' motion for summary judgment filed on March 29, 2013

17
(#64) exceeds the 30-page limit of Local Rule 7-4 and is therefore

18
**STRICKEN.** Defendants shall have until Monday, April 8, 2013, within

19
which to refile their motion for summary judgment in compliance

20
with Local Rule 7-4.

21
    IT IS SO ORDERED.

22
    DATED: This 3rd day of April, 2013.

23

24
                        _____

25
                        UNITED STATES DISTRICT JUDGE

26

27

28