**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| RELIEF GOLD GROUP, INC., | ) | 3:12-cv-00511-HDM-WGC |
| | ) | |
|                 Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| PERSHING GOLD CORPORATION, f/k/a | ) | |
| SAGEBRUSH GOLD LTD., GOLD | ) | |
| ACQUISITION CORP., BARRY C. | ) | |
| HONIG, and DAVID S. RECTOR, | ) | |
| | ) | |
|                 Defendants. | ) | |
| _____ | ) | |

     The defendants' motion to exceed page limits (#68) is **DENIED.**

Defendants' motion for summary judgment filed on March 29, 2013

(#64) exceeds the 30-page limit of Local Rule 7-4 and is therefore

**STRICKEN.** Defendants shall have until Monday, April 8, 2013, within

which to refile their motion for summary judgment in compliance

with Local Rule 7-4.

     IT IS SO ORDERED.

     DATED: This 3rd day of April, 2013.

*Howard D McKibben*

_____
UNITED STATES DISTRICT JUDGE