1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RELIEF GOLD GROUP, INC, f/k/a 1837249 ONTARIO, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>PERSHING GOLD CORPORATION (f/k/a SAGEBRUSH GOLD LTD.), GOLD ACQUISITION CORP., BARRY C. HONIG and DAVID S. RECTOR<br><br>Defendants. | Case no. 3:12-cv-00511-HDM-WGC<br>ORDER GRANTING<br>**STIPULATED ORDER FOR DISMISSAL WITH PREJUDICE AND WITHOUT COSTS OR ATTORNEYS FEES** |

The parties to this action and interested individuals who are not parties - Terrence Lynch and Stephan Katmarian - have stipulated to the entry of this Order. The Court finds entry of this Order appropriate under the circumstances.

WHEREAS, Plaintiff Relief Gold Group, Inc. ("Relief Gold") initiated the instant case on February 7, 2012 against Defendants Sagebrush Gold Ltd. (now known as Pershing Gold Corporation, hereinafter referred to as "Sagebrush"), Gold Acquisition Corp. ("GAC"), Barry Honig and David S. Rector (collectively with Sagebrush, GAC and Honig, the "Defendants")

alleging breach of contract, intentional interference with contract, intentional interference with prospective business relationship/economic relations, misappropriation of trade secrets and unjust enrichment; and,

WHEREAS, on May 10, 2012, Plaintiff filed an Amended Complaint against Defendants for Breach of Contract against Sagebrush, Intentional Interference with Contract against Honig, Rector and GAC, Intentional Interference with Prospective Business Relationship/Economic Relations against Sagebrush, Honig and Rector, Intentional Interference with Prospective Business Relationship/Economic Relations against GAC, Misappropriation of Trade Secrets against all Defendants, Unjust Enrichment against Sagebrush, Unjust Enrichment against Honig and Rector and Promissory Estoppel against Sagebrush; and,

WHEREAS, Defendants have sought to amend their Answer previously filed in this case to add counter claims against Plaintiff Relief Gold and also against Relief Gold's CEO, Terrence Lynch, for Abuse of Process, Interference with Contract, and Declaratory Relief; and,

WHEREAS, Defendants have sought relief from the United States Bankruptcy Court for the District of Nevada against Plaintiff Relief Gold and its CEO Terrence Lynch in *Gold Acquisition Corp. vs. FirstGold Corp., Terrence Lynch, and Relief Gold Group, Inc. f/k/a 1837249 Ontario, Inc.*, Adversary Proceeding No. 12-05013-GWZ (the "FirstGold Bankruptcy Case") to enforce its rights under the Court's Order authorizing the sale of the Relief Canyon Mine Assets at issue in that bankruptcy and also in the instant case; and,

WHEREAS, Stephan Katmarian was identified as a principal in Relief Gold, and an interested non-party in the matters at issue in the instant case; and,

WHEREAS, Plaintiff Relief Gold, Terrence Lynch, Stephan Katmarian and Defendants desire to resolve with finality all issues, claims and disputes arising out of or related to the

transactions and events described in this action including but not limited to claims and issues asserted or raised in Plaintiff's Complaint, Amended Complaint and any other pleadings, papers, discovery responses, or filings with the Court in this case and the FirstGold Bankruptcy Case, on behalf of Plaintiff Relief Gold, non-party Terrence Lynch, non-party Stephan Katmarian and any other individual or entity affiliated with Relief Gold, Terrence Lynch or Stephan Katmarian related to any of the issues, disputes, or claims in this action;

Accordingly, Plaintiff Relief Gold, non-parties Terrence Lynch and Stephan Katmarian and the Defendants hereby stipulate and agree that this Stipulation and Order shall decide with finality all issues, claims and disputes arising out of or related to the transactions and events described in this action (as set forth above); and,

Plaintiff Relief Gold and non-party Terrence Lynch and Stephan Katmarian hereby release, acquit and forever discharge Defendants, and each of them, and any of their agents, representatives, employees, shareholders, directors, members, partners, trustees, attorneys, heirs, successors and assigns of and from any and all actions, causes of action, claims (legal or equitable), demands, costs, expenses, and without limitation to the foregoing, any and all claims or causes of action whatsoever Plaintiff and non-party Lynch and Katmarian, and each of them had, claimed to have or may have had against any of the Parties hereby released, either directly or indirectly prior to the date of this Stipulation and Order including, but not limited to, any claims, known or unknown, arising out of or related to the transactions and events referenced in any of the pleadings in this action, or arising out of or related to the prosecution or defense of this action. This release includes all claims that were asserted in this action and which could have been, but were not, asserted in this action and the FirstGold Bankruptcy Case. This release does not include claims against agents that are totally unrelated to and independent of any of the

issues, facts, claims, disputes, arguments or assertions made in this action and/or the FirstGold Bankruptcy Case such as a "slip and fall" case, by way of example.

Defendants hereby release, acquit and forever discharge Plaintiff and non-parties Lynch and Katmarian and any of their agents, representatives, employees, shareholders, directors, members, partners, trustees, attorneys, heirs, successors and assigns of and from any and all actions, causes of action, claims (legal or equitable), demands, costs, expenses, and without limitation to the foregoing, any and all claims or causes of action whatsoever Defendants and each of them had, claimed to have or may have had against any of the Parties hereby released, either directly or indirectly prior to the date of this Stipulation and Order including, but not limited to, any claims, known or unknown, arising out of or related to the transactions and events referenced in any of the pleadings in this action, or arising out of or related to the prosecution or defense of this action. This release includes all claims that were asserted in this action and which could have been, but were not, asserted in this action including Defendants' proposed Counterclaims that were the subject of Defendants' pending Motion to Amend and raised in the pending adversary proceeding in the FirstGold Bankruptcy Case. This release does not include claims against agents that are totally unrelated to and independent of any of the issues, facts, claims, disputes, arguments or assertions made in this action and/or the FirstGold Bankruptcy Case such as a "slip and fall" case, by way of example.

In making the releases set forth above, it is understood and agreed and each Party releasing any Party hereto specifically represents to the other Parties, that in granting the releases they have been fully advised and represented by legal counsel of their own selection and in executing this Stipulation they do so relying wholly upon their judgment and upon advice of counsel of their own independent selection.

The Parties to this Stipulation agree that in the event any dispute arising out of or related to the agreement set forth in this Stipulation shall be governed by and subject to the exclusive jurisdiction of Nevada courts and it is hereby mutually agreed that the prevailing party shall be entitled to an award of reasonable attorney's fees and costs incurred in connection with such an action.

Each person signing this Stipulation represents and warrants to all of the Parties hereto and the Court that (1) the person has full authority to execute the Stipulation and to bind the represented Party to the terms hereof; and (2) any and all actions by the represented Party necessary to approve the terms of this Stipulation and to give authority to the person signing this Agreement have been duly taken.

IT IS HEREBY ORDERED that Plaintiff's Complaint is dismissed with prejudice and without costs or attorneys fees to any party.

IT IS FURTHER ORDERED that Defendants' Motion for Leave to Amend their Answer to assert a Counterclaim and Third Party Complaint is moot and entry of this Order shall bar assertion by Defendants, or any of them, of the claims could have been asserted or were sought to be asserted in the proposed Counterclaim (and included third party complaint).

IT IS FURTHER ORDERED that Defendants Pershing Gold Corporation and Gold Acquisition Corp. shall dismiss with prejudice and without costs or attorneys' fees to any party, that Adversary Proceeding bearing case no. 12-05013-GWZ in the Bankruptcy Court for this District.

IT IS SO ORDERED:

*[signature]*
UNITED STATES DISTRICT JUDGE

Dated: April 17, 2013

5
*STIPULATED ORDER FOR DISMISSAL WITH PREJUDICE AND WITHOUT COSTS OR ATTORNEYS FEES*
Case No. 3:12-cv-00511-HDM-WGC

```
/s/ Amy N. Tirre                                    Dated: April 12, 2013
AMY N. TIRRE, ESQ. #6523
LAW OFFICES OF AMY N. TIRRE, PC
3715 Lakeside Drive, Suite A
Reno, NV 89509
(775) 828-0909 Telephone
(775) 828-0914 Facsimile
amy@amytirrelaw.com
Co-counsel for Plaintiff



/s/ Michael A. Nedelman                             Dated: April 11, 2013
Michael A. Nedelman
Nedelman Legal Group PLLC
28580 Orchard Lake Road, Suite 140
Farmington Hills, MI 48334
(248) 855-8888 Telephone
(248) 538-4556 Facsimile
mnedelman@nglegal.com
Co- Counsel for Plaintiff


RELIEF GOLD GROUP, INC.
f/k/a 1837249 ONTARIO, INC.


_____             Dated: _____
By: _____
Its: _____

_____             Dated: _____
TERRENCE LYNCH
Interested Non-Party


_____             Dated: _____
STEPHAN KATMARIAN
Interested Non-Party



_____             Dated: _____
Laura K. Granier #7357
John D. Tennert #11728
```

6
*STIPULATED ORDER FOR DISMISSAL WITH PREJUDICE AND WITHOUT COSTS OR ATTORNEYS FEES*
*Case No. 3:12-cv-00511-HDM-WGC*

```
                                                        Dated: _____

AMY N. TIRRE, ESQ. #6523
LAW OFFICES OF AMY N. TIRRE, PC
3715 Lakeside Drive, Suite A
Reno, NV 89509
(775) 828-0909 Telephone
(775) 828-0914 Facsimile
amy@amytirrelaw.com
Co-counsel for Plaintiff




                                                        Dated: _____

Michael A. Nedelman
Nedelman Legal Group PLLC
28580 Orchard Lake Road, Suite 140
Farmington Hills, MI 48334
(248)855-8888 Telephone
(248) 538-4556 Facsimile
mnedelman@nglegal.com
Co- Counsel for Plaintiff


RELIEF GOLD GROUP, INC.
f/k/a 1837249 ONTARIO, INC.

        [signature]                                     Dated: April 11
By:  TERRY LYNCH
Its: CEO
        [signature]                                     Dated: April 11
TERRENCE LYNCH
Interested Non-Party




                                                        Dated: _____
STEPHAN KATMARIAN
Interested Non-Party




                                                        Dated: _____
Laura K. Granier #7357
John D. Tennert #11728
```

6
STIPULATED ORDER FOR DISMISSAL WITH PREJUDICE AND WITHOUT COSTS OR ATTORNEYS FEES
Case No. 3:12-cv-00511-HDM-WGC

```
_____          Dated: _____
AMY N. TIRRE, ESQ. #6523
LAW OFFICES OF AMY N. TIRRE, PC
3715 Lakeside Drive, Suite A
Reno, NV 89509
(775) 828-0909 Telephone
(775) 828-0914 Facsimile
amy@amytirrelaw.com
Co-counsel for Plaintiff
```

```
_____          Dated: _____
Michael A. Nedelman
Nedelman Legal Group PLLC
28580 Orchard Lake Road, Suite 140
Farmington Hills, MI 48334
(248)855-8888 Telephone
(248) 538-4556 Facsimile
mnedelman@nglegal.com
Co- Counsel for Plaintiff
```

RELIEF GOLD GROUP, INC.
f/k/a 1837249 ONTARIO, INC.

_____          Dated: _____
By: _____
Its: _____

_____          Dated: _____
TERRENCE LYNCH
Interested Non-Party

_____          Dated: Ap. / 11, 2013
STEPHAN KATMARIAN
Interested Non-Party

_____          Dated: _____
Laura K. Granier #7357
John D. Tennert #11728

6
*STIPULATED ORDER FOR DISMISSAL WITH PREJUDICE AND WITHOUT COSTS OR ATTORNEYS FEES*
Case No. 3:12-cv-00511-HDM-WGC

1  /s/ Laura K. Granier                                    Dated: 4/12/2013
   Laura K. Granier #7357
2  John D. Tennert #11728
   LIONEL SAWYER & COLLINS
3  50 West Liberty Street, Suite 1000
   Reno, Nevada 89501
4  (775) 788-8666 Telephone
   (775) 788-8682 Facsimile
5  lgranier@lionelsawyer.com
   Attorneys for Defendants

6

7  PERSHING GOLD CORPORATION
   (f/k/a SAGEBRUSH GOLD LTD.)
8

9  [signature]                                             Dated: 4/12/2013
   By: STEPHEN ALFERS
10 Its: CEO
   Defendant

11 GOLD ACQUISITION CORP.

12
   [signature]                                             Dated: 4/12/2013
13 By: STEPHEN ALFERS
   Its: CEO
14 Defendant

15

16 _____                             Dated: _____
   BARRY C. HONIG
17 Defendant

18

19                                                          Dated: _____
   _____
20 DAVID S. RECTOR
   Defendant

21
22
23
24
25
26
27

1. Laura K. Granier #7357
2. John D. Tennert #11728
   LIONEL SAWYER & COLLINS
3. 50 West Liberty Street, Suite 1000
   Reno, Nevada 89501
4. (775) 788-8666 Telephone
   (775) 788-8682 Facsimile
5. lgranier@lionelsawyer.com
   Attorneys for Defendants

Dated: _____

PERSHING GOLD CORPORATION
(f/k/a SAGEBRUSH GOLD LTD.)

Dated: _____

By: _____
Its: _____
Defendant

GOLD ACQUISITION CORP.

Dated: _____

By: _____
Its: _____
Defendant

_____  Dated: 4/11/13
BARRY C. HONIG
Defendant

_____  Dated: _____
DAVID S. RECTOR
Defendant

| | |
|---|---|
| 1  Laura K. Granier #7357 | Dated: _____ |
|    John D. Tennert #11728 | |
| 2  LIONEL SAWYER & COLLINS | |
|    50 West Liberty Street, Suite 1000 | |
| 3  Reno, Nevada 89501 | |
|    (775) 788-8666 Telephone | |
| 4  (775) 788-8682 Facsimile | |
|    lgranier@lionelsawyer.com | |
| 5  Attorneys for Defendants | |

6

7  PERSHING GOLD CORPORATION
   (f/k/a SAGEBRUSH GOLD LTD.)

8
                                                          Dated: _____
9  By: _____
   Its: _____
10 Defendant

11 GOLD ACQUISITION CORP.

12
                                                          Dated: _____
13 By: _____
   Its: _____
14 Defendant

15

16                                                        Dated: _____
   _____
17 BARRY C. HONIG
   Defendant
18
   [signature]
19                                                        Dated: *11 APRIL 2013*
   _____
20 DAVID S. RECTOR
   Defendant
21

22

23

24

25

26

27

7

*STIPULATED ORDER FOR DISMISSAL WITH PREJUDICE AND WITHOUT COSTS OR ATTORNEYS FEES*
Case No. 3:12-cv-00511-HDM-WGC